DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INTERNATIONAL UNION OF POLICE ASSOCIATIONS, THE BROWARD DEPUTY SHERIFFS ASSOCIATION, I.U.P.A. LOCAL 6020,** and **BROWARD SHERRIF'S OFFICE DEPARTMENT OF LAW ENFORCEMENT LOCAL #6020, CORP.,**
Appellants,

v.

**JANE DOE,**
Appellee.

No. 4D2025-2788

[February 5, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE22016316.

Jose J. Rodriguez, Madison J. Levine, and D. Marcus Braswell, Jr. of Sugarman, Susskind, Braswell, & Herrera P.A., Coral Gables, for appellants.

Adriana R. Alcalde and Jonathan Axel of Eisenberg & Baum, LLP, New York, and Tonja Haddad Coleman of Tonja Haddad, PA, Fort Lauderdale for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and LEVINE, JJ., concur.

\*    \*    \*

***Not final until disposition of timely-filed motion for rehearing.***